UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:26-cv-1540 AB (DSR)                                    Date: May 6, 2026

Title      ELMER RIVAS QUIJADA v. FERETI SEMAIA, ET AL.


Present: The Honorable:  Daniel S. Roberts, United States Magistrate Judge


| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |


**Proceedings:**          (IN CHAMBERS) **ORDER SETTING HEARING ON PETITIONER'S MOTION FOR LEAVE TO AMEND (DOC. NO 15)**

On May 5, 2026, Petitioner (through counsel) filed a Notice of Motion and Motion for Leave to Amend Verified Petition for Writ of Habeas Corpus pursuant to Federal Rule of Civil Procedure 15.  See Doc. No. 15.  Contrary to the requirements of Local Rules 6-1 and 7-4, the Motion does not specify a hearing date at least 28 days from the date of filing.  Rather, the Notice of Motion merely states that "as soon as counsel may be heard," Petitioner will move for leave to amend.  See Doc. No. 15 at ECF 2:2.  Specification of a hearing date before this Court is critical not only to place the matter on the Court's calendar, but also to determine the due dates for opposition and reply papers under Local Rules 7-9 and 7-10.

Rather than striking the Motion for such non-compliance, the Court hereby sets the matter for hearing on **June 2, 2026, at 10:00 a.m. in Courtroom 690** of the Roybal Federal Courthouse.  Opposition and Reply papers are due pursuant to the Local Rules.


IT IS SO ORDERED.


|  | : |
|---|---|
| **Initials of Preparer** | LK |